# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**MAGISTRATE'S COURTROOM MINUTES**

UNITED STATES OF AMERICA : MAGISTRATE JUDGE: ____JOSEPH A. DICKSON____

v. : MAGISTRATE NO.: ____19-3647 (MF)____

: DATE OF PROCEEDINGS: ____4/8/19____

MICHAEL CASTRO :

: DATE OF ARREST: ____4/6/19____

PROCEEDINGS: _____INITIAL APPEARANCE_____

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(**X**) APPT. OF COUNSEL: **X** AFPD ____ CJA
(**X**) WAIVER OF HRG.: **X** PRELIM_____REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ____GUILTY____NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(**X**) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(**X**) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.      DATE: _____
( ) DETENTION / BAIL HRG.      DATE: _____
( ) TRIAL: ____COURT ____JURY      DATE: _____
( ) SENTENCING      DATE: _____
( ) OTHER: _____      DATE: _____

APPEARANCES:

AUSA ___NAAZNEEN KHAN___

DEFT. COUNSEL _____DAVID HOLMAN, AFPD_____

PROBATION _____

INTERPRETER _____
    Language: ( _____ )

Time Commenced: _____3:21 p.m._____
Time Terminated: _____3:24 p.m._____
CD No: _____**ECR**_____

_Jessica Batista_
_____
DEPUTY CLERK