UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | MAGISTRATE NO. 19-3647 (MF) |
| : | |
| v. : | |
| : | ORDER |
| MICHAEL CASTRO : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this \_\_\_8th\_\_\_ day of \_\_APRIL\_\_, 2019,

ORDERED that _____DAVID HOLMAN\_\_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

s/ Joseph A. Dickson
JOSEPH A. DICKSON
United States Magistrate Judge